3:26-mj-00064

DISTRICT OF OREGON, ss:          AFFIDAVIT OF GEOFFREY PENDRY

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Geoffrey Pendry, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.       I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since January 19, 2021. My current assignment is with the Portland Field Office on the Cyber Squad investigating criminal enterprises and cyber-crimes. My training and experience include completion of twenty-one (21) weeks of specialized training received at the FBI Academy in Quantico, Virginia, related to investigative and legal matters. During that time, I was taught the use and practical application of authorized investigative techniques that federal law enforcement officers are allowed to employ. I have received specialized training in the investigation of complex financial crimes, provided by the FBI or DOJ.

2.       I submit this affidavit in support of a criminal complaint and arrest warrant for **TERRELL JARARD DOVE** for conducting and engaging in the financial transactions identified below, each affecting interstate commerce, knowing that the property involved in such financial transactions represented the proceeds of some form of unlawful activity and which, in fact, involves the proceeds of specified unlawful activity, to wit: Wire Fraud, in violation of 18 U.S.C. § 1343, and knowing the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of a specified unlawful activity in violation of 18 U.S.C. § 1956(a)(1)(B)(i). As set forth below, there is probable cause to believe, and I do believe, that **TERRELL JARARD DOVE** committed the offense laundering of monetary instruments in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

3.       The facts set forth in this affidavit are based on my own personal knowledge; information obtained from other individuals during my participation in this investigation,

**Page 1 - Affidavit of Special Agent Geoffrey Pendry**

including other law enforcement officers; interviews of witnesses; my review of records related to this investigation; communication with others who have knowledge of the events and circumstances described herein; and, information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for an arrest warrant, it does not set forth each fact that I or others have learned during this investigation.

## Applicable Law

4.      Title 18, United States Code, Section 1956(a)(1)(B)(i) criminalizes conducting a financial transaction with knowledge that the funds represent proceeds from unlawful activity, intended to disguise the source, ownership, or location of those proceeds.

## Statement of Probable Cause

5.      Based on the evidence below, I believe that TERRELL JARARD DOVE (DOVE) did knowingly engage in and cause 32 financial transactions, each affecting interstate commerce, knowing that the property involved in such financial transactions represented the proceeds of some form of unlawful activity and which, in fact, involves the proceeds of the specified unlawful activity of Wire Fraud, in violation of 18 U.S.C. § 1343. I further believe that DOVE knew the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of a specified unlawful activity.

**The Wire Fraud**

6.      Victim Company 1 ("VC1")[1] is a health insurance company headquartered in Portland, Oregon, which services four states, including Oregon and Washington. VC1 uses a

---

[1] Victim Company 1 is known to me, as are the names and identities of Payment Company 1 and other aliases contained herein. Those companies have expressed a desire to have their identities redacted until their identification is necessary.

**Page 2 - Affidavit of Special Agent Geoffrey Pendry**

web-based payment system provided by "Payment Company 1", to pay funds to healthcare providers with whom VC1 has a relationship. Healthcare providers can manage electronic funds transfer ("EFT") payments through "Payment Manager." One of these healthcare providers is a health care provider incorporated and doing business in Washington State, known herein as "Care Provider."

7.      Care Provider reported that, on or about February 19, 2021, an unknown individual contacted the Care Provider help desk posing as a Care Provider employee. This individual answered security questions, including the last four digits of the employee's social security number and the employee's hire date. According to information received from Care Provider, the individual thereby convinced the help desk that the individual was the employee. The individual then successfully requested a password reset for the employee's Payment Manager account, as well as a change to the multi-factor authentication ("MFA") method for gaining access to the account.

8.      That same day, an unauthorized user or users accessed the Payment Manager account and enabled MFA on the account. Prior to February 19, 2021, the account had not been accessed since Payment Manager required MFA, so this was the first time MFA was set up on the account.

9.      Care Provider reported that, after accessing the employee's Payment Manager account, the unauthorized user changed the employee's contact email address to "employee[@]CareProvider[.]net," a ".net" address, from the legitimate employee[@]CareProvider[.]com, " a ".com," address. That particular domain name is not used by Care Provider.

**Page 3 - Affidavit of Special Agent Geoffrey Pendry**

10.    On or about February 22, 2021, the Payment Manager account was accessed, and EFT authorization forms were uploaded to the account, changing the bank account to which VC1 deposited insurance payments to Harrison Medical Center from an account authorized by Harrison Medical Center to a JP Morgan Chase account ending in -1533 ("JPM Account - 1533").  JP Morgan Chase is a financial services firm whose banking deposits are insured by the Federal Deposit Insurance Corporation (FDIC).

11.    As a result of the fraudulent change made to the ACH instructions on the fraudulent EFTs, between March 4, 2021, and about March 31, 2021, VC1 sent approximately 32 payments totaling over $2.8 million to JPM Account -1533. The payments stopped once the fraud was detected. Investigators have not been able to determine the identities of the individuals who interacted with the parties above or who executed the changes to the EFT / ACH authorizations, causing diversion of the 32 identified payments.

**Identification of Terrell Dove**

*JPM Account – 1533 and Michael Griffin and others*

12.    Records show that JPM Account -1533 had a balance of $80.00 prior to the first ACH deposit from VC1, and the deposits from VC1 in March 2021 were the only credits to the account during that month. JPM Account -1533 received 32 automated clearing house ("ACH") deposits from VC1 that were intended for Harrison Medical Center between March 8, 2021, and March 31, 2021, totaling $2,864,855.4.

13.    JPM Account -1533 was opened on February 8, 2021, in the name of GCS Griffin Construction Services LLC ("Griffin Construction"), with an address of 3565 Falling Leaf Lane, Cumming, Georgia 30041-2084. The sole signatory on JPM Account -1533 is Michael Griffin, who listed the same address as Griffin Construction.

**Page 4 - Affidavit of Special Agent Geoffrey Pendry**

14.     According to incorporation records from the State of Georgia, Michael Griffin filed articles of organization for Griffin Construction on January 28, 2021, listing Michael Griffin as the registered agent. The North American Industry Classification System codes used on the registration form for Griffin Construction show that the company was registered in the transportation/warehousing and general freight trucking/long-distance industries.

15.     Based on open-source research online, investigators did not identify legitimate business activity for Griffin Construction Services. A business with a similar name, GCS Griffin Construction Services *Group LLC* is a legitimate company with various locations throughout the United States and has been based in Houston since 1999.  Based on my training and experience, individuals who are involved in this manner of fraud often employ business names that are similar to actual businesses so that, on first glance, they appear to be legitimate. Here, the Georgia incorporated entity appears similar in name only to that of a Houston, Texas entity.

16.     According to Redfin[2], the address for Griffin Construction (3565 Falling Leaf Lane in Cumming, Georgia) was sold to its current owners in January 2021. According to a CLEAR[3] database check, none of the current or previous owners of this residence were named Michael Griffin.  There are no overlapping identifiers or parties between the two entities.

17.     Because of the lack of credible history and verifiable identifiers associated with JPM Account -1533, I believe that Michael Griffin is likely a fraudulent identity and Griffin Construction a fraudulent business.

---

[2] Redfin is a technology-driven real estate brokerage and website.

[3] CLEAR Investigation Solutions is a cloud-based Thomson Reuters data research platform that aggregates and provides accesses to vast public and proprietary records.

**Page 5 - Affidavit of Special Agent Geoffrey Pendry**

*Bank Records Analysis*

18.     Account transaction history showed that most of the funds in JPM Account -1533 were disbursed through checks written to various individuals and entities, as well as through customer withdrawals and ATM withdrawals, totaling $2,513,240.00.[4] Between March 10, 2021, and April 2, 2021, there were 42 withdrawal transactions, consisting of 29 checks, 10 ATM withdrawals, and 3 customer withdrawals. Records for each of the transactions were obtained revealing the payees of each of the checks and, where available, video of the ATM and customer withdrawals (which are in-person counter transactions).

<u>Check Analysis</u>

19.     Records associated with the check payees revealed that some had checking accounts with JP Morgan Chase Bank, and additional identifying information was reviewed, including address, phone, email occupation, email and driver licensing.

20.     According to account records, Mike Wilson and Gary Dove each received large payments from Griffin Construction's JPM Account -1533 in March 2021, using a phone number ending in 7266.  Additionally, related address information overlapped with Terrell Dove and Michael Griffin—the name used to open the account.

21.     Specifically, the phone number ending in 7266 was used by Terrell Dove. According to Clear, a publicly available data aggregator service, that phone number is also used by Michael Griffin.  Noted above, Michael Griffin is the name of the individual who opened Griffin Construction's JPM Account -1533. According to CLEAR, Terrell Jarard Dove was associated with the same address as of August 2021.

---

[4] An approximate $350,000.00 difference between the funds received from Harrison Medical into the JPM Account -1533 and the funds spent are due to ATM/customer withdrawals by unidentified individuals, retail purchases, Zelle transfers and miscellaneous fees.

**Page 6 - Affidavit of Special Agent Geoffrey Pendry**

22.     According to transaction records, Gary Dove dba GD Transportation and Logistics LLC received $248,000.00 from Griffin Construction's JPM Account -1533 in March 2021, Transaction records also reveal that Gary Dove owns GD Transportation and Logistics LLC. Gary Dove's Social Security Number (SSN) was listed in the bank records with a number of which the first five digits are identical to that SSN of Mike Wilson of Wilsons-Fencing Distributors Ltd and Michael Griffin of Griffin Construction.

23.     The review of the JP Morgan Chase records found that 3976 Sharon Springs, Powder Springs, Georgia, was used by several individuals and entities, including TERRELL JARARD DOVE, and Wilsons-Fencing Distributors Ltd. owned by Mike Wilson.

### ATM and Counter Video Review

24.     According to bank records, only one debit card was issued for JPM – 1533. Based on my investigation and training and experience, I know that when an ATM card is used at a teller machine to make a withdrawal, a personal identification number, or PIN must also be entered to complete the transaction. The debit card is also required to complete withdrawal transactions when visiting the teller window whether making a purchase of cashier's checks or when making a withdrawal.

25.     Videos were provided for 13 withdrawal transactions from JPM – 1533 and analyzed for distinctive clothing with brand makings or face coverings with a distinctive print. Screenshots were collected of significant and relevant content.

26.     Investigators located a Facebook account for a TERRELL DOVE who lives in Atlanta, Georgia. DOVE's Facebook page was active, public and his posts and photos/videos could be viewed.

**Page 7 - Affidavit of Special Agent Geoffrey Pendry**

27.    Public photos posted to TERRELL DOVE's Facebook account were viewed and compared with the likeness and clothing worn by the individual seen in the bank surveillance videos and determined to be similar in nature.

28.    On January 29, 2021, a post on the Terrell Dove Facebook page (see below) showed a picture of an individual with black hair and short braids wearing a black "Los Angeles Reckless" sweatshirt.



29.    The sweatshirt is similar to the one seen on March 24, 2021, worn by a customer wearing a distinctive face covering during an ATM withdrawal.

**Page 8 - Affidavit of Special Agent Geoffrey Pendry**



30.     The January 29, 2021, Facebook image above also showed a green jacket similar

in color and style to the jacket seen on four other transactions:




March 13, 2021 (14 cashier's checks and cash)          March 19, 2021 (2 cashier's checks)

**Page 9 - Affidavit of Special Agent Geoffrey Pendry**





March 31, 2021 (ATM withdrawal)                April 2, 2021 (ATM withdrawal)

The same face coverings also appear similar between the March 31 and April 2 transactions as well as in the March 19 and March 24 transactions.

31.    On February 21, 2021, a post on the Terrell Dove Facebook page showed an image of the "Dead Phresh" logo.



**Page 10 - Affidavit of Special Agent Geoffrey Pendry**

32.    A February 22, 2021, post on DOVE's Facebook page showed a picture of the same individual from the January 29 post who was wearing clothing with a "Dead Phresh" logo.



**Terrell Dove**
February 22 · 🌐

My hair done grew fasho , it's gone be passed my head band in about 6 more months. #DeadPhresh #westside #zone4

33.    The "Dead Phresh" logo is clearly visible on clothing worn by an individual in screenshots from security videos on the dates indicated.  Note the similarity in face coverings with March 19, above, and March 27, below.

**Page 11 - Affidavit of Special Agent Geoffrey Pendry**



March 25, 2021 (ATM withdrawal).



March 29, 2021 (ATM withdrawal)



March 27, 2021 (ATM withdrawal)



March 30, 2021 (ATM withdrawal)

**Page 12 - Affidavit of Special Agent Geoffrey Pendry**



April 1, 2021 (ATM withdrawal).

34.    Based on the foregoing, I believe that the individual above, who conducted the identified transactions below constituting money laundering, was TERRELL JARARD DOVE.

**Transactions**

35.    There were 42 withdrawal transactions from JPM Account – 1533. Items in bold included security video, discussed above.[5]

| No. | Debit Type | Date | Amount |
|-----|-----------|------|--------|
| 1 | Check 1151 | 3/10/2021 | $95,000.00 |
| 2 | Check 1153 | 3/10/2021 | $35,000.00 |
| 3 | Check 1156 | 3/10/2021 | $45,000.00 |
| 4 | Check 1161 | 3/10/2021 | $30,000.00 |
| 5 | Check 1162 | 3/10/2021 | $15,000.00 |
| 6 | Check 1165 | 3/10/2021 | $75,000.00 |
| 7 | Check 1150 | 3/11/2021 | $78,000.00 |
| 8 | Check 1155 | 3/11/2021 | $75,000.00 |

---

[5] While some transactions occur outside of the statute of limitations, they are included as proof of the overall intent by DOVE to conceal the nature or origin of the funds in the account.  Notably, significant transactions remain within the statute of limitations.

**Page 13 - Affidavit of Special Agent Geoffrey Pendry**

| No. | Debit Type | Date | Amount |
|---|---|---|---|
| 9 | Check 1159 | 3/11/2021 | $45,000.00 |
| 10 | Check 1164 | 3/11/2021 | $45,000.00 |
| 11 | Check 1166 | 3/11/2021 | $97,500.00 |
| 12 | Check 1167 | 3/11/2021 | $85,500.00 |
| 13 | Check 1168 | 3/11/2021 | $25,000.00 |
| 14 | Check 1154 | 3/12/2021 | $82,000.00 |
| 15 | Check 1163 | 3/12/2021 | $50,000.00 |
| 16 | **Customer Withdrawal** | 3/12/2021 | $250,000.00 |
| 17 | **ATM Withdrawal** | 3/12/2021 | $1,000.00 |
| 18 | **Customer Withdrawal** | 3/13/2021 | $170,000.00 |
| 19 | Check 1171 | 3/19/2021 | $45,500.00 |
| 20 | Check 1172 | 3/19/2021 | $35,500.00 |
| 21 | **Customer Withdrawal** | 3/19/2021 | $247,000.00 |
| 22 | Check 1177 | 3/23/2021 | $115,000.00 |
| 23 | **ATM Withdrawal** | 3/24/2021 | $3,000.00 |
| 24 | **ATM Withdrawal** | 3/25/2021 | $3,000.00 |
| 25 | **ATM Withdrawal** | 3/26/2021 | $3,000.00 |
| 26 | **ATM Withdrawal** | 3/27/2021 | $3,000.00 |
| 27 | Check 1180 | 3/29/2021 | $75,000.00 |
| 28 | Check 1184 | 3/29/2021 | $65,000.00 |
| 29 | Check 1185 | 3/29/2021 | $62,000.00 |
| 30 | Check 1186 | 3/29/2021 | $63,000.00 |
| 31 | **ATM Withdrawal** | 3/29/2021 | $3,000.00 |
| 32 | **ATM Withdrawal** | 3/30/2021 | $3,000.00 |
| 33 | Check 1187 | 3/31/2021 | $86,000.00 |
| 34 | Check 1188 | 3/31/2021 | $57,000.00 |
| 35 | **ATM Withdrawal** | 3/31/2021 | $3,000.00 |
| 36 | Check 1189 | 4/1/2021 | $49,000.00 |
| 37 | Check 1190 | 4/1/2021 | $105,000.00 |
| 38 | Check 1192 | 4/1/2021 | $65,850.00 |
| 39 | Check 1195 | 4/1/2021 | $57,890.00 |
| 40 | Check 1196 | 4/1/2021 | $58,500.00 |
| 41 | **ATM Withdrawal** | 4/1/2021 | $3,000.00 |
| 42 | **ATM Withdrawal** | 4/2/2021 | $3,000.00 |
| | **Total** | | **$2,513,240.00** |

**Page 14 - Affidavit of Special Agent Geoffrey Pendry**

**Specific Transactions**

36.    In addition to the cash withdrawals and checks written from JPM Account – 1533, Dove engaged in several other transactions in which he converted the account funds which had been diverted from VC1 into cashier's checks, as noted below.  I believe that this was done in an effort to further obfuscate the origin and criminal source of the funds in the account.

*March 12, 2021*

37.    On March 12, 2021, at 1:37 p.m. at the JP Morgan Chase branch on Hairston Road in Decatur, Georgia, DOVE completed an in-person teller withdrawal from JPM Account – 1533 inside the bank. Note the similarity in the face covering worn on March 19, 25 and 27, above.



38.    In the security video, DOVE is seen inserting the account debit card and entering the PIN to complete the transaction. Only one debit card had been issued for the account. The

**Page 15 - Affidavit of Special Agent Geoffrey Pendry**

withdrawal slip can be seen on the teller's computer screen as it is scanned. The withdrawal slip was provided by the bank and indicates it was signed by "Michael Griffin."

12:06 pm

39.    According to the bank statements, a customer withdrawal totaling $250,000.00 occurred during this visit. Supporting documentation provided by the bank shows that the withdrawal consisted of 13 cashier's checks payable to Copart, with GCS Griffin Construction Services LLC listed as the remitter, plus a remaining cash withdrawal of $9,000.00. The cashier's checks were numbered 1729520979 through 1729520991 and were issued on March 12, 2021, in the following amounts: ten checks for $20,000.00 each, two checks for $15,000.00 each, and one check for $11,000.00.

*March 13, 2021*

40.    According to bank records and security video, on March 13, 2021, at 10:16 a.m. at the JP Morgan Chase branch on Hairston Road in Decatur, Georgia, Dove completed an in-person teller withdrawal inside the bank, during which he inserted the account debit card and entered the PIN to complete the transaction. In the video, the withdrawal slip is visible on the teller's computer screen as it is scanned, and bank records reflect that the slip was signed "Michael Griffin."

41.    The withdrawal totaled $170,000.00 and consisted of 14 cashier's checks payable to Copart, with GCS Griffin Construction Services LLC listed as the remitter, along with a separate cash withdrawal of $10,000.00. Of the 14 cashier's checks, 1 was issued in the amount of $20,000.00, 2 were issued in the amount of $15,000.00 each, and 11 were issued in the amount of $10,000.00 each.

**Page 16 - Affidavit of Special Agent Geoffrey Pendry**

*March 19, 2021*

42.     On March 19, 2021, at 11:40 a.m. at the JP Morgan Chase branch on Hairston Road in Decatur, Georgia, DOVE completed an in-person teller withdrawal inside the bank, during which the individual inserted the account debit card and entered the PIN to complete the transaction. The withdrawal slip is visible on the teller's computer screen as it is scanned, and bank records reflect that the slip was signed "Michael Griffin."

43.     According to the bank statements, DOVE withdrew $247,000.00 which consisted of two cashier's checks, with GCS Griffin Construction Services LLC listed as the remitter. One cashier's check, number 1729521061, dated March 19, 2021, in the amount of $197,000.00, was issued to Vanguard GMC of Carrollton. Records provided by Vanguard GMC of Carrollton via grand jury subpoena indicated that this cashier's check was used on March 22, 2021, to purchase a 2020 Mercedes Benz G63 AMG, in the name of an individual who provided South African passport. The second cashier's check, number 1729521062, dated March 19, 2021, in the amount of $50,000.00, was issued to Habkoll, LLC.

## Conclusion

44.     Based on the foregoing, I believe that **TERRELL JARARD DOVE** opened, controlled and managed the bank account identified as JPM – 1533, knew and understood that the deposits made therein constituted the proceeds of unlawful activity.  DOVE then conducted or caused, in rapid succession, 42 transactions, which included the purchase of numerous cashier's checks, in order to conceal the nature, identity and origin of those funds. DOVE's use of newly created fictitious businesses, names, and addresses was designed to further insulate himself from the criminal origins of the deposits populating the account he exclusively controlled. Therefore, I have probable cause to believe, and do believe, that **TERRELL**

**Page 17 - Affidavit of Special Agent Geoffrey Pendry**

**JARARD DOVE** engaged in the listed financial transactions, each affecting interstate commerce, knowing that the property involved in such financial transactions represented the proceeds of some form of unlawful activity and which, in fact, involves the proceeds of specified unlawful activity, to wit: Wire Fraud, in violation of 18 U.S.C. § 1343, and knowing the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of a specified unlawful activity.

45.     Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Gregory Nyhus, and AUSA Nyhus advised me that in their opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

### Request for Sealing

46.     It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant.  I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time may may result in the endangerment of the physical safety of an individual, cause destruction of or tampering with evidence, cause intimidation of potential witnesses, or otherwise seriously jeopardize an investigation. Premature disclosure of the affidavit, the criminal complaint, and the arrest warrant may adversely affect the integrity of the investigation.

*By phone pursuant to Fed. R. Crim. P. 4.1*
GEOFFREY PENDRY
SPECIAL AGENT, FBI – PORTLAND

**Page 18 - Affidavit of Special Agent Geoffrey Pendry**

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at

_____ 12:06 ____ xxxx/p.m. on March 23, 2026.


_____
*Youlee Yim You*
HONORABLE YOULEE YIM YOU
United States Magistrate Judge